Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, TRUST FUND, and THE ALASKA TROWEL TRADES PENSION, APPRENTICESHIP AND TRAINING TRUST FUNDS.<br><br>Plaintiffs,<br><br>vs.<br><br>ABRAHAM GALLO d/b/a DIAMOND ROOFING AND CONSTRUCTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:04-CV-0194-JKS |

**SATISFACTION OF JUDGMENT**

On March 3, 2005, Plaintiffs obtained a Default Judgment against Defendant Abraham Gallo d/b/a Diamond Roofing and Construction, in the sum of $4,346.83, which included, employee benefit contributions, interest, attorney fees and costs.

The Default Judgment was recorded in the State of Alaska, Third Judicial District, on or about April 20, 2005, at 2005-025615-0. Such record is made a part hereof and reference is herein made to such record for a full and complete description of the Default Judgment.

The judgment has been paid to the satisfaction of the Plaintiffs. At the time of payment, Plaintiffs were the owner of the judgment and were entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, costs and attorney fees, the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the judgment, acting herein by and through Sarah E. Josephson, of Jermain, Dunnagan & Owens, P.C., its duly authorized attorney of record herein, hereby declares the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


By:_____s/Sarah E. Josephson_____
    Sarah E. Josephson
    Jermain, Dunnagan & Owens
    3000 A Street, Suite 300
    Anchorage, AK  99503
    (907) 563-8844
    (907) 563-7322
    sjosephson@jdolaw.com
    ABA No. 9705017

**Certificate of Service**
The undersigned certifies that on the 15th day of March, 2006, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid on the following:

Abraham Gallo
Diamond Roofing and Construction
P.O. Box 111846
Anchorage, Alaska 99503


s/Sarah E. Josephson